| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Idelmer Ramirez Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2481<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Shannon A. Ramirez<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2057<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–20232–MBK | | |

## Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Idelmer Ramirez Jr.                    Shannon A. Ramirez

9/21/22                              **By the court:** <u>Michael B. Kaplan</u>
                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20232-MBK |
| Idelmer Ramirez, Jr. | Chapter 13 |
| Shannon A. Ramirez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2022 | Form ID: 3180W | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Idelmer Ramirez, Jr., Shannon A. Ramirez, 130 Alden Avenue, Roebling, NJ 08554-1105 |
| 516833256 | ++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2222 address filed with court:, Citifinancial Servicing LLC, 300 St. Paul Place, Baltimore, MD 21202 |
| 516833255 | + | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 516833257 | + | Columbus Central Veterinary Hospital, P.O. Box 220, Columbus, NJ 08022-0220 |
| 516833260 | | Firstsource Advantage, LLC, C/o RJM Acquisitions LLC, PO Box 628, Buffalo, NY 14228 |
| 516833265 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, P.O. Box 848, Moorestown, NJ 08057-0848 |
| 516833267 | + | Tate & Kirlin Associates, 2810 Southampton Road, Philadelphia, PA 19154-1207 |
| 516833268 | + | Township of Florence Water & Sewer Dept., 711 Broad Street, Florence, NJ 08518-2310 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516833254 | | EDI: CAPITALONE.COM | Sep 22 2022 00:18:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 516833258 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 21 2022 20:25:00 | Consumer Portfolio Services, Inc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 516833259 | + | EDI: CCS.COM | Sep 22 2022 00:18:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 516833261 | | Email/Text: Banko@frontlineas.com | Sep 21 2022 20:26:00 | Frontline asset Strategies, 1935 West County Rd, Suite 425, Roseville, MN 55113-2797 |
| 516833262 | + | Email/Text: gmpmapc@yahoo.com | Sep 21 2022 20:25:00 | Greater Mercer Pulmonary & Medical Assoc, 445 Whitehorse Avenue, Trenton, NJ 08610-1408 |
| 516833263 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 20:26:53 | LVNV Funding, LLC its successors and, assigns as assignee of CVI Loan GT Trust, I Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 519279166 | + | EDI: AISMIDFIRST | Sep 22 2022 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519279165 | + | EDI: AISMIDFIRST | Sep 22 2022 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 3180W | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517107072 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517105754 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516833266 | ^ | MEBN | Sep 21 2022 20:21:21 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 516892488 | + | Email/Text: bankruptcy@pseg.com | Sep 21 2022 20:24:00 | PSE&G, POB 490, Cranford, NJ 07016-0490 |
| 516833264 | + | Email/Text: fggbanko@fgny.com | Sep 21 2022 20:25:00 | Portfolio Recovery Associates, LLC A/P/O, HSBC, C/O Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516836707 | + | EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516833269 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 21 2022 20:26:56 | US Dept of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 516833270 | | EDI: VERIZONCOMB.COM | Sep 22 2022 00:18:00 | Verizon, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |
| 516988252 | + | EDI: WFHOME | Sep 22 2022 00:18:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516833271 | + | EDI: WFHOME | Sep 22 2022 00:18:00 | Wells Fargo Home Mortgage, MAC#N9286-01Y, 1000 Blue Gention Road, Eagan, MN 55121-4400 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517029125 | * | LVNV Funding, LLC its successors and assigns as, assignee of CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2022         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

**Name**                **Email Address**

District/off: 0312-3    User: admin    Page 3 of 3
Date Rcvd: Sep 21, 2022    Form ID: 3180W    Total Noticed: 28

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Idelmer Ramirez  Jr. kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Joint Debtor Shannon A. Ramirez kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 8