Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–20232–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Idelmer Ramirez Jr. | Shannon A. Ramirez |
| 130 Alden Avenue | 130 Alden Avenue |
| Roebling, NJ 08554 | Roebling, NJ 08554 |

Social Security No.:
  xxx–xx–2481                                          xxx–xx–2057

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 17, 2022</u>            <u>Michael B. Kaplan</u>
                                          Judge, United States Bankruptcy Court